IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL ANDERSON
_____/

INDICTMENT

4:10cr41-SPM

THE GRAND JURY CHARGES:

COUNT ONE

That in or about August 2009, in the Northern District of Florida, the defendant,

**MICHAEL ANDERSON**,

while in a Federal prison, namely, the Federal Correctional Institution in Tallahassee, Florida, did knowingly engage in a sexual act with another person, who was in official detention and under the custodial, supervisory, and disciplinary authority of **MICHAEL ANDERSON**, an Assistant Factory Manager with the Bureau of Prisons through UNICOR, in violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

Redacted

_____
THOMAS F. KIRWIN
United States Attorney

_____
WINIFRED L. ACOSTA NESMITH
Assistant United States Attorney

Filed 06/01/10 USDC FLN 4PM 0428