# United States District Court
## CRIMINAL MINUTES - RE-ARRAIGNMENT

Case No.   4:10cr41-SPM                                  Date:   November 22, 2010

**DOCKET ENTRY:**  Change of Plea Hearing           Plea   2:39 - 3:02   p.m.

    Change of Plea entered
    Sentencing held - See separate minutes

**PRESENT:**   HONORABLE WILLIAM C. SHERRILL, JR, UNITED STATES MAGISTRATE JUDGE

| Elizabeth Lawrence | Janet Williams | Lisa Snyder | Winifred NeSmith |
|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney |

U.S.A. vs.   MICHAEL ANDERSON
   X   present _____ custody   X   O/R

    R Timothy Jansen                                   Apptd. ___   Retained   X   present
    Attorney for Defendant

**PROCEEDINGS:**

___ Waiver of Indictment Filed

___ Information Previously Filed

 X  Defendant is ARRAIGNED and specifically advised of his/her rights.

 X  Defendant Advised of Minimum and Maximum Sentence

 X  Written Plea Agreement

 X  Written Statement of Facts

___ Adjudication Withheld Pending Sentencing

___ Court to enter Report and Recommendation that District Judge Accept Plea

 X  Defendant Adjudicated Guilty on Count(s)   1 of the Superseding Information

 X  Defendant States True Name is   Michael Anderson

 X  Court Questions Defendant Regarding His Physical and Mental Condition, and Advises Defendant of the Nature and Possible Consequences of Said Plea

___ Consent to Proceed Before A Magistrate Judge

 X  Defendant PLEADS   X   Guilty Count(s) 1 of the Superseding Information
                            Not Guilty Count(s)

___ Referred to Probation Officer for Pre-Sentence Report

 X  Sentencing set for:   November 22, 2010 (See Separate Minutes)